Louis B. Davidow, Appellant, v. James A. Jennings, Respondent.— Order of the County Court of Suffolk county denying in part motion to vacate examination of plaintiff before trial reversed, on the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. So far as the items of plaintiff's expenditure for repairs to his automobile are concerned, the information should be obtained, in the first instance at any rate, by bill of particulars, pursuant to Civil Practice Act, section 247, and not by examination before trial. In so far as defendant seeks to ascertain the manner in which plaintiff was operating his automobile, that is a part of plaintiff's affirmative case. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

Francis Dean, Appellant, v. Emily Halliburton, as Administratrix c. t. a., etc., of William S. Halliburton, Deceased, Respondent.— Upon reargument order affirmed for the reasons stated in decision handed down March 20, 1925, upon original argument, without costs. [See *Dean* v. *Halliburton*, 213 App. Div. 831.] No opinion. Kelly, P. J., Jaycox, Manning, Kelby and Young, JJ., concur.

East New York Electric Company, Inc., Respondent, v. Petmaland Realty Co., Inc., and Another, Appellants, Impleaded with Others, Defendants.— Judgment unanimously affirmed, with costs. As to the appellant corporation, the former owner which made the contract with plaintiff, the delay in filing the conditional agreement is not material. As to the appellant Seitzman, there is no evidence in the record as to her title to the premises or that she is a " bona fid; purchaser " entitled to assert the claim that advances on the mortgage were made prior to the filing of the conditional bill of sale. Nor is there any evidence that the advances on the mortgage were made prior to the filing of the conditional agreement. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

Kings County Trust Company, as Executor, etc., of Henry Hyams, Deceased, Respondent, v. Sophie Hyams, Appellant.— Judgment and order affirmed, with costs. No opinion. Manning, Kelby and Young, JJ., concur; Kelly, P. J., and Kapper, J., dissent and vote to reverse the judgment and for a new trial upon the ground that plaintiff executor having introduced evidence of personal transactions between defendant and the deceased, relative to the execution and delivery of the check in question, it was error to refuse to allow the defendant to give her version of the transaction, and plaintiff having interrogated defendant as to the health of decedent after their return from the south, and from that date to his death, it was error to refuse to allow her to testify that during that period his mind was clear.

Levering & Garrigues Company, Respondent, v. Edward and John Burke, Ltd., and Others, Respondents, Impleaded with P. J. Durcan, Inc., Appellant, and Others, Defendants.— Judgment affirmed, with costs. No opinion. Kelly, P. J., Manning, Young and Kapper, JJ., concur; Jaycox, J., dissents.

John Maserjian, Respondent, v. Chester T. Cadwell, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Kelby and Kapper, JJ.